UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                    Plaintiff,

       vs.

ACE AMERICAN INSURANCE COMPANY, *et al.*,

                 Defendants.

NO. C10-2087RSL

ORDER OF DISMISSAL

It having been reported to the Court on Friday, March 16, 2012 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 19th day of March, 2012.

*MRS Lasnik*

Robert S. Lasnik
United States District Judge

ORDER -1